UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SONIA "KARINA" SKIBA,

       Plaintiff,

    v.                        NO. CIV. 09-1129 WBS KJM

FRANKLIN COVEY CO. and DOES 1-50, inclusive,

       Defendants.
_____/

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

      After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for August 24, 2009, and makes the following findings and orders without needing to consult with the parties any further.

      I.   <u>SERVICE OF PROCESS</u>

      All named defendants have been served and no further service is permitted without leave of court, good cause having

1

1 | been shown under Federal Rule of Civil Procedure 16(b).

2 |       II.  JOINDER OF PARTIES/AMENDMENTS

3 |       No further joinder of parties or amendments to

4 | pleadings will be permitted except with leave of court, good

5 | cause having been shown under Federal Rule of Civil Procedure

6 | 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

7 | (9th Cir. 1992).

8 |       III.  JURISDICTION/VENUE

9 |       Jurisdiction is predicated upon 28 U.S.C. § 1332

10 | (diversity).  Venue is undisputed and is hereby found to be

11 | proper.

12 |       IV.  DISCOVERY

13 |       Before the Status (Pretrial Scheduling) Conference, the

14 | parties agreed to serve initial disclosures required by Federal

15 | Rule of Civil Procedure 26(a)(1) by August 18, 2009.  If they

16 | have not already done so, the parties shall serve these

17 | disclosures no later than September 14, 2009.

18 |       The parties shall disclose any experts and produce

19 | reports in accordance with Federal Rule of Civil Procedure

20 | 26(a)(2) no later than November 2, 2009.  With regard to expert

21 | testimony intended solely for rebuttal, those experts shall be

22 | disclosed and reports produced in accordance with Federal Rule of

23 | Civil Procedure 26(a)(2) on or before December 7, 2009.

24 |       All discovery, including depositions for preservation

25 | of testimony, is left open, save and except that it shall be so

26 | conducted as to be completed by January 11, 2010.  The word

27 | "completed" means that all discovery shall have been conducted so

28 | that all depositions have been taken and any disputes relevant to

discovery shall have been resolved by appropriate order if

necessary and, where discovery has been ordered, the order has

been obeyed.  All motions to compel discovery must be noticed on

the Magistrate Judge's calendar in accordance with the local

rules of this court and so that such motions may be heard (and

any resulting orders obeyed) no later than January 11, 2010.

V.  MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary

restraining orders, or other emergency applications, shall be

filed on or before February 8, 2010.  All motions shall be

noticed for the next available hearing date.  Counsel are

cautioned to refer to the local rules regarding the requirements

for noticing and opposing such motions on the court's regularly

scheduled law and motion calendar.

VI.  FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for April 19,

2010, at 2:00 p.m. in Courtroom No. 5.  The conference shall be

attended by at least one of the attorneys who will conduct the

trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for

trial at the time of the Pretrial Conference, with no matters

remaining to be accomplished except production of witnesses for

oral testimony.  Counsel shall file separate pretrial statements,

and are referred to Local Rules 16-281 and 16-282 relating to the

contents of and time for filing those statements.  In addition to

those subjects listed in Local Rule 16-281(b), the parties are to

provide the court with: (1) a plain, concise statement that

identifies every non-discovery motion that has been made to the

3

1  court, and its resolution; (2) a list of the remaining claims as

2  against each defendant; and (3) the estimated number of trial

3  days.

4         In providing the plain, concise statements of

5  undisputed facts and disputed factual issues contemplated by

6  Local Rule 16-281(b)(3)-(4), the parties shall emphasize the

7  claims that remain at issue and any remaining affirmatively pled

8  defenses thereto.  If the case is to be tried to a jury, the

9  parties shall also prepare a succinct statement of the case,

10  which is appropriate for the court to read to the jury.

11         VII.  <u>TRIAL SETTING</u>

12         The bench trial is set for June 15, 2010 at 9:00 a.m.

13  The parties anticipate that the trial will last six to eight

14  court days.

15         VIII.  <u>SETTLEMENT CONFERENCE</u>

16         A Settlement Conference will be set at the time of the

17  Pretrial Conference.  All parties should be prepared to advise

18  the court whether they will stipulate to the trial judge acting

19  as settlement judge and waive disqualification by virtue thereof.

20         Counsel are instructed to have a principal with full

21  settlement authority present at the Settlement Conference or to

22  be fully authorized to settle the matter on any terms.  At least

23  seven calendar days before the Settlement Conference, counsel for

24  each party shall submit a confidential Settlement Conference

25  Statement for review by the settlement judge.  If the settlement

26  judge is not the trial judge, the Settlement Conference

27  Statements shall not be filed and will not otherwise be disclosed

28  to the trial judge.

1         IX.   <u>MODIFICATIONS TO SCHEDULING ORDER</u>

2         Any requests to modify the dates or terms of this

3 Scheduling Order, except requests to change the date of the

4 trial, may be heard and decided by the assigned Magistrate Judge.

5 All requests to change the trial date shall be heard and decided

6 only by the undersigned judge.

7 DATED: August 19, 2009

8

9

                    WILLIAM B. SHUBB

10                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28