1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 SONIA "KARINA" SKIBA, | CASE NO. 09-CV-01129-WBS-KJM |
| 13      Plaintiff, | Assigned to:  Hon. William B. Shubb |
| 14 v. | **ORDER RE DISMISSAL** |
| 15 FRANKLIN COVEY CO. and DOES 1-50, inclusive | |
| 16      Defendants. | **Trial Date:**  NONE SET |
| 17 | |
| 18 | |

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

[PROPOSED] ORDER RE DISMISSAL

4837-1004-74921

<u>ORDER</u>

Upon the stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY ORDERED THAT: the complaint filed by plaintiff Sonia "Karina" Skiba against defendant FranklinCovey Co. (erroneously sued as "Franklin Covey Co.") in this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  September 21, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE DISMISSAL
4837-1004-74921